**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**HENRY L. WILLIE, JR.**                                                                                                  **PLAINTIFF**

**vs.**                                                    **CIVIL ACTION No.: 3:16-CV-770-HTW-LRA**

**MARSHALL FISHER**                                                                                      **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATION AND DISMISSING CASE

This matter comes before this court pursuant to the Report and Recommendation of the United States Magistrate Judge Linda Anderson **[Docket no. 18]**. Based upon the evidence therein contained, this court, finds the Report and Recommendation well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge **[Docket no. 18]** is hereby **ADOPTED** as the order of this court.

Further, this hereby **DISMISSES** this lawsuit without prejudice. The parties are to bear their own costs.

**SO ORDERED, this this 26th day of April, 2017.**

                                                                 **s/ HENRY T. WINGATE**
                                                                  **UNITED STATES DISTRICT COURT JUDGE**